

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES McCARNS, aka CHARLES FRANCIS McCARNS III, aka CHARLES FRANCIS McCARNES III,<br><br>Petitioner,<br><br>vs.<br><br>DEBRA DEXTER,[1]<br><br>Respondent. | Case No. EDCV 05-1047-SGL(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a _de novo_ determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; (3) the Court

_____

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Debra Dexter, current Warden of Ironwood State Prison, is substituted as the respondent in this action.

determines that the Governor's reversal of the Board's decision to grant parole to petitioner is not supported by "some evidence" in the record, and the Court, thus, finds petitioner was denied due process of the law; (4) Ground One is denied on the merits; and (5) Judgment shall be entered granting the petition for writ of habeas corpus, and reinstating the parole date set by the Board of Prison Terms.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the parties.

DATED: 1-28-08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

R&Rs\05-1047.ado
1/8/08