LODGED
CLERK, U.S. DISTRICT COURT
JAN - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES McCARNS, aka CHARLES FRANCIS McCARNS III, aka CHARLES FRANCIS McCARNES III,<br><br>          Petitioner,<br><br>vs.<br><br>DEBRA DEXTER,[1]<br><br>          Respondent. | Case No. EDCV 05-1047-SGL(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is granted, and the parole date set by the Board of Prison Terms shall be reinstated.

DATED: 1-28-08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Debra Dexter, current Warden of Ironwood State Prison, is substituted as the respondent in this action.

R&Rs\05-1047.ado
1/8/08