**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES McCARNES, | ) | NO. ED CV 05-1047-ABC(E) |
| Petitioner, | ) | |
| v. | ) | |
| DEBRA DEXTER, Warden, | ) | JUDGMENT |
| Respondent. | ) | |

In accordance with the mandate of the United States Court of Appeals for the Ninth Circuit, filed in this Court on November 10, 2011, the Petition is denied and dismissed with prejudice.

DATED: December 8, 2011.

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE